**Ramon TAJES, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 52063.

Missouri Court of Appeals,
Western District.

April 30, 1996.

Jarrett A. Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

***ORDER***

PER CURIAM.

Appeal from the denial of a Rule 24.035 post-conviction motion, without evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Cosme ADAN, Appellant.**

No. WD 50031.

Missouri Court of Appeals,
Western District.

April 30, 1996.

James C. Cox, Asst. Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown,, Asst. Atty. Gen., Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

***ORDER***

PER CURIAM.

Direct appeal of convictions for one count of assault in the first degree and one count of armed criminal action.

Judgment affirmed. Rule 30.25(b).